**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| R.C.A., | ) | 3:26-CV-00390 (KAD) |
| *a minor, by and through her next friend,* | ) | |
| *K.I.A.G.,* | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | MARCH 17, 2026 |
| ROBERT F. KENNEDY, JR., ANGIE | ) | |
| SALAZAR, ALEX ADAMS, RANDI | ) | |
| CAVALLARO, U.S. DEPARTMENT OF | ) | |
| HEALTH AND HUMAN SERVICES, | ) | |
| U.S. OFFICE OF REFUGEE | ) | |
| RESETTLEMENT, ADMINISTRATION | ) | |
| FOR CHILDREN AND FAMILIES, and | ) | |
| CHILDREN'S COMMUNITY | ) | |
| PROGRAMS OF CONNECTICUT, | ) | |
| Respondents. | ) | |

**ORDER TO SHOW CAUSE**

Kari A. Dooley, United States District Judge

Upon the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed on March 16, 2026, it is hereby ORDERED that the Respondents file a response on or before **March 20, 2026, at 12:00 P.M.,** and show cause as to why the relief prayed for in the petition should not be granted, to include the Petitioner's request for immediate bail pending adjudication. It is ORDERED that the Clerk serve a copy of this order and a copy of the petition and all sealed exhibits, on Respondents' representative, Michelle McConaghy, Assistant United States Attorney, Office of the United States Attorney, by email on or before **March 17, 2026, at 5:00 P.M.**

**SO ORDERED** at Bridgeport, Connecticut, this 17th day of March, 2026.

*/s/ Kari A. Dooley*
KARI A. DOOLEY
UNITED STATES DISTRICT JUDGE