# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

R.C.A., a minor, by and through her Next    :
Friend, K.I.A.G.,    :
    *Plaintiff-Petitioner*,    :
   :
           v.    :    Case No.: 3:26-cv-00390 (KAD)
   :
Robert F. KENNEDY, JR., in his official    :
capacity as Secretary of Health and Human    :
Services; Angie SALAZAR, in her official    :
capacity as Acting Director of the Office for : 
Refugee Resettlement; Alex ADAMS, in his :
official capacity as Assistant Secretary of    :
the Administration for Children and    :
Families; Randi CAVALLARO, in her    :
official capacity as Executive Director of    :
Children's Community Programs of    :
Connecticut; U.S. Department of Health and :
Human Services (HHS); U.S. Office of    :
Refugee Resettlement (ORR);    :
Administration for Children and Families;    :
Children's Community Programs of    :
Connecticut,    :    March 18, 2026
    *Defendants-Respondents*    :

## MOTION TO CONVERT SHOW CAUSE DEADLINE TO STATUS CONFERENCE

The Respondents, with consent from the Petitioner, for the reasons set forth herein,

request that the March 20, 2026 deadline to file a Response to the Order to Show Cause be

converted into a *status conference*. That is, ORR has advised that, barring any unforeseen

circumstances, the minor Petitioner could be released on Friday, March 20, 2026. At this point,

ORR is waiting for results of the DNA testing, receipt of which is expected on Thursday, March

19, 2026. Therefore, to the extent that release is effectuated, the present Petition (ECF 1) may be

rendered moot, requiring no response to the Order to Show Cause. The Respondents would like

to apprise the court of the status of the Petitioner's release as of Friday, March 20, 2026

1

(preferably in the afternoon to afford the morning to effectuate that release, if possible).

**WHEREFORE,** the Respondents request that this present Motion be granted.

RESPONDENTS,

By:    DAVID X. SULLIVAN
       UNITED STATES ATTORNEY

/s/ Sarah D'Addabbo Rocco
Sarah D'Addabbo Rocco (ct30016)
Assistant United States Attorney
450 Main Street, Rm. 328
Hartford, CT 06103
Tel.: (860) 947-1101
Fax: (860) 760-7979
Email: Sarah.Rocco@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Sarah D'Addabbo Rocco
Sarah D'Addabbo Rocco (ct30016)
Assistant United States Attorney

2