UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

R.C.A., a minor, by and through her Next
Friend, K.I.A.G.,

     *Plaintiff-Petitioner,*

     v.

Robert F. KENNEDY, JR. in his
official capacity as Secretary of
Health and Human Services; Angie
SALAZAR, in her official capacity
as Acting Director of the Office for
Refugee Resettlement; Alex
ADAMS, in his official capacity as
Assistant Secretary of the
Administration for Children and
Families; Randi CAVALLARO, in
her official capacity as Executive
Director of Children's Community
Programs of Connecticut; U.S.
Department of Health and Human
Services (HHS); U.S. Office of
Refugee Resettlement (ORR);
Administration for Children and
Families; Children's Community
Programs of Connecticut,

     *Defendant-Respondents.*

Civil Case No.: 3:26-cv-00390 (KAD)

**PLAINTIFF-PETITIONER'S MEMORANDUM IN OPPOSITION TO THE
DEFENDANT-RESPONDENTS' MOTION TO CONVERT SHOW CAUSE
DEADLINE TO STATUS CONFERENCE**

On March 18, 2026, the Defendant-Respondents moved this Court to extend indefinitely the deadline by which they must comply with the Court's Order to Show Cause. *See* Dkt. No. 14. The Defendant-Respondents incorrectly advise the Court that the Plaintiff-Petitioner consents to this extension. She does not. Undersigned counsel discussed this issue

1

with counsel for the Government defendants and advised that the Plaintiff-Petitioner opposes an extension of the deadline to respond to the Court's Order to Show Cause, but would consent to a status conference for the purpose of apprising the Court of R.C.A.'s custodial status. It appears that the Plaintiff-Petitioner's position was inadvertently miscommunicated between attorneys for the Government defendants.

To be clear, the Plaintiff-Petitioner opposes any extension of the deadline to respond to the Order to Show Cause. The Plaintiff-Petitioner consents to Defendant-Petitioners' request for a status conference to be held on March 20, 2026.

Dated: March 18, 2026

Respectfully submitted,

By:    */s/ Christopher M. Mattei*
Christopher M. Mattei (CT 27500)
Renee Mihail (pro hac vice forthcoming)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
cmattei@koskoff.com
rmihail@koskoff.com
*Attorneys for the Plaintiff-Petitioner*

*/s/ Martha Stone*
Martha Stone (CT 00080)
Sabrina Tavi (*pro hac vice* forthcoming)
CENTER FOR CHILDREN'S ADVOCACY
65 Elizabeth Street
Hartford, CT 06105
(860) 570-5300
stavi@cca-ct.org
mstone@cca-ct.org
*Attorneys for Plaintiff-Petitioner*

2