**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| R.C.A., a Minor, by and through her next friend, K.I.A.G., *Plaintiff-Petitioner*, v. Robert F. KENNNEDY JR., in his official capacity as Secretary of Health and Human Services, et al., *Defendant-Respondents*. | Case No. 3:26-cv-390<br><br>March 24, 2026 |

**PLAINTIFF-PETITIONER'S NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff-Petitioner hereby files this notice of dismissal without prejudice.


*/s/ Christopher M. Mattei*
Christopher M. Mattei (CT 27500)
KOSKOFF, KOSKOFF & BIEDER, PC
350 Fairfield Ave., Suite 501
Bridgeport, CT 06604
Tel: (203) 336-4421
Fax: (203) 368-3244
cmattei@koskoff.com
rmihail@koskoff.com
*Attorneys for the Plaintiff-Petitioner*

*/s/ Martha Stone*
Martha Stone (CT 00080)
CENTER FOR CHILDREN'S ADVOCACY
65 Elizabeth Street
Hartford, CT 06105
(860) 570-5300
mstone@cca-ct.org
stavi@cca-ct.org
*Attorneys for Plaintiff-Petitioner*

**CERTIFICATE OF SERVICE**

I, Christopher M. Mattei, counsel of record for the Plaintiff-Petitioner, do hereby certify that on the above-captioned date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Christopher M. Mattei*
CHRISTOPHER M. MATTEI